ERNEST F. PINNER v. NATHAN LEDER.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

MICHAEL MEADE, an Infant, etc., v. MOTOR HAULAGE COMPANY, INC., Impleaded, etc.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of ROSA E. SPANG, Deceased.— Motion for stay granted. Settle order on notice. Present — Clarke. P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM R. CRAIG v. WILLIAM P. JENKS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

FRANK KINDERMANN and Others v. OLGA A. KINDERMANN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM A. STREET, as Surviving Trustee, etc., v. ALICE LEE POST and Others.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

MIRIAM BROMBERGER and Others v. THE SUN AND NEWS PUBLISHING COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of MARC KLAW v. ZIEGFELD FOLLIES, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of MARC KLAW v. ZIEGFELD MIDNIGHT FROLICS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

THE MOTION PICTURE TRADE DIRECTORY COMPANY, INC., v. LAIRD H. WALLACE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P, J., Laughlin, Page, Merrell and Greenbaum, JJ.

THOMAS C. CLARKE, an Infant, etc., v. EIGHTH AVENUE RAILWAY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.